E. DONALD HARRISON, PETITIONER-RESPONDENT, v. EDWARD H. STANTON, RESPONDENT-APPELLANT.

Argued December 21, 1953—Decided January 4, 1954.

*Mr. Arthur F. Mead* argued the cause for the appellant (*Messrs. Cox & Walburg*, attorneys).

*Mr. John H. Yauch, Jr.*, argued the cause for the respondent (*Messrs. Gilhooly, Yauch and Fagan*, attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of the Superior Court, Appellate Division, 26 *N. J. Super.* 194.

*For affirmance*—Justices HEHER, WACHENFELD, BURLING, JACOBS and BRENNAN—5.

*For reversal*—Chief Justice VANDERBILT, and Justice OLIPHANT—2.